**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 23, 2026

Ms. Hilary Holt LoCicero
Law Office
1730 Rhode Island Avenue, N.W.
Suite 608
Washington, DC 20036

Re: Case No. 26-5635
*USA v. Sanjeev Kumar*
Originating Case No. 2:25-cr-20032-1

Dear Counsel,

Briefing in this case will be held in abeyance temporarily because pending resolution of the restitution matter before the district court. Appellant will file Status reports every 45 days with the first status report due on or before **November 9, 2026.** When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Mr. Lawrence J. Laurenzi
Mr. Scott Patrick Smith